**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-14771-CAD |
| | § | |
| STUART B. OLSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 10/31/2012, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   10/05/2012          By:   /s/ David P. Leibowitz
                                               (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-14771-CAD |
| | § | |
| STUART B. OLSON | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $7,700.00
*and approved disbursements of* $62.72
*leaving a balance on hand of[1]:* $7,637.28

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $7,637.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,520.00 | $0.00 | $1,520.00 |
| David P. Leibowitz, Trustee Expenses | $4.42 | $0.00 | $4.42 |
| Lakelaw, Attorney for Trustee Fees | $5,117.50 | $0.00 | $5,117.50 |
| Lakelaw, Attorney for Trustee Expenses | $1.09 | $0.00 | $1.09 |

Total to be paid for chapter 7 administrative expenses: $6,643.01
Remaining balance: $994.27

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $994.27 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $994.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,922.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Real Time Resolutions, Inc./ Chase Home Finance | $31,128.56 | $0.00 | $619.96 |
| 2 | PHARIA L.L.C./ BARCLAYS | $2,399.00 | $0.00 | $47.78 |
| 3 | Capital One Bank (USA), N.A. | $4,900.34 | $0.00 | $97.60 |
| 4 | Chase Bank USA,N.A | $1,165.97 | $0.00 | $23.22 |
| 5 | Ford Motor Credit Company LLC | $9,871.76 | $0.00 | $196.61 |
| 6 | PRA Receivables Management, LLC c/o Holy Cross Hospital | $457.00 | $0.00 | $9.10 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $994.27 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 10-14771-CAD
Stuart B. Olson                                                         Chapter 7
          Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1           User: dwilliams              Page 1 of 3                  Date Rcvd: Oct 09, 2012
                               Form ID: pdf006              Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2012.
db           #+Stuart B. Olson,    1800 Huntington Blvd, No. 209,    Hoffman Estates, IL 60169-6740
15363979     +12 Oaks at Morningside Condo,    1800 Huntington Boulevard,    Hoffman Estates, IL 60169-6748
15363980     +Ais Services Llc,    50 California St Ste 150,    San Francisco, CA 94111-4624
15363981     +Arlington Rehab & Living Center,    1666 Checker Road,    Long Grove, Il 60047-5289
15363982     +Barclays Bank Delaware,    Attention: Customer Support Department,    PO Box 8833,
               Wilmington, DE 19899-8833
15363983    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
15991895      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC 28272-1083
15363984     +Chase,    201 N. Walnut St.,    Wilmington, DE 19801-2920
16091378     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15363985     +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
15363988     +Crd Prt Asso,    Attn: Bankruptcy,    PO Box 802068,    Dallas, TX 75380-2068
15363989    ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Business Credit,    Payment Processing Center,    PO Box 5275,
               Carol Stream, IL 60197-5275)
15363990      Edgerton & Edgerton,    125 Wood Street - PO Box 218,    West Chicago, IL 60186-0218
16236538     +Ford Motor Credit Company LLC,    P O Box 6275,    Dearborn, MI 48121-6275
15363992     +Ford Motor Credit Corporation,    National Bankruptcy Center,    PO Box 6275,
               Dearborn, MI 48121-6275
15363993      GE Capital,    PO Box 532617,    Atlanta, GA 30353-2617
15363994     +Harris,    222 Merchandise Mart Plz,    Chicago, IL 60654-1103
15363995     +Hoffman Barrington Internal Medicine,    111 Lions Drive Suite 208,    Barrington, IL 60010-3175
15363996     +Il Dept Of Healthcare,    509 South 6th Street,    Springfield, IL 62701-1825
15363998     +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6908
15364000      Northwest Eye Physicians,    1588 North Arlington Heights Road,    Arlington Hts, IL 60004-3906
16320206     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,
               c/o Holy Cross Hospital,    POB 41067,    Norfolk VA 23541-1067
15364002     +Portfolio Recovery&aff,    Attn: Bankruptcy,    120 Corporate Blvd Ste 100,
               Norfolk, VA 23502-4962
15364003     +Torres Credit Srv,    27 Fairview St Ste 301,    Carlisle, PA 17015-3200
15363991    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Elan Financial Service,    PO Box 5229,    Cincinnati, OH 45201)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15363987     +E-mail/Text: legalcollections@comed.com Oct 10 2012 02:30:46     ComEd,
               Attn: ComEd Bankruptcy Group,    2100 Swift Dr,    Oak Brook Terrace, IL 60523-1559
15363986     +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Oct 10 2012 02:37:56     Comcast,
               4851 N. Milwaukee,    Chicago, IL 60630-2145
15364001      E-mail/PDF: rmscedi@recoverycorp.com Oct 10 2012 02:42:56     GE Money Bank (Paypal Buyer Credit),
               c/o Recovery Management Systems Corp,    Attn Ramesh Singh,    25 SE 2nd Avenue Suite 1120,
               Miami, FL 33131-1605
15363997     +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 10 2012 02:28:52     Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
15363999     +E-mail/Text: bankrup@nicor.com Oct 10 2012 02:28:19     Nicor Gas,
               Attention: Bankruptcy Department,    PO Box 190,    Aurora, IL 60507-0190
15936476     +E-mail/Text: bncmail@w-legal.com Oct 10 2012 03:17:02     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15900200      E-mail/Text: bkdepartment@rtresolutions.com Oct 10 2012 03:21:24     Real Time Resolutions, Inc.,
               1750 Regal Row Suite 120,    PO Box 36655,    Dallas Texas 75235
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Lakelaw
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0752-1          User: dwilliams           Page 2 of 3              Date Rcvd: Oct 09, 2012
                              Form ID: pdf006           Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2012**          **Signature:** *Joseph Speetjens*

```
District/off: 0752-1          User: dwilliams            Page 3 of 3                  Date Rcvd: Oct 09, 2012
                              Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2012 at the address(es) listed below:
          Adam S Tracy    on behalf of Debtor Stuart Olson at@tracyfirm.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Jonathan T Brand    on behalf of Trustee David Leibowitz jbrand@lakelaw.com,    ECF@lakelaw.com
          Monica J Paine    on behalf of Creditor   U.S. Bank National Association, as Trustee for Structured
           Asset Investment Loan Trust, Mortgage Pass-Through Certificates, Series 2006-BNC 1
           mpaine@fisherandshapirolaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                           TOTAL: 5

Case 10-14771   Doc 52   Filed 10/09/12   Entered 10/11/12 23:57:12   Desc Imaged
Certificate of Notice   Page 7 of 7