**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-14771-CAD |
| | § | |
| STUART B. OLSON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)       All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)       A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $109,975.00 | Assets Exempt: | $4,825.00 |
| Total Distributions to Claimants: | $994.27 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $6,705.73 | | |

3)       Total gross receipts of $7,700.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,700.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $114,036.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $6,705.73 | $6,705.73 | $6,705.73 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $57,013.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $86,308.07 | $49,922.63 | $49,922.63 | $994.27 |
| **Total Disbursements** | $257,357.07 | $56,628.36 | $56,628.36 | $7,700.00 |

4).  This case was originally filed under chapter 7 on 04/02/2010.  The case was pending for 37 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>05/08/2013</u>                     By:    /s/ David P. Leibowitz
                                                           Trustee

S<small>TATEMENT</small>:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Bank of America Savings Account | 1129-000 | $7,700.00 |
| **TOTAL GROSS RECEIPTS** | | $7,700.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg | 4110-000 | $114,036.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $114,036.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,520.00 | $1,520.00 | $1,520.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.42 | $4.42 | $4.42 |
| Green Bank | 2600-000 | NA | $62.72 | $62.72 | $62.72 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $5,117.50 | $5,117.50 | $5,117.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $1.09 | $1.09 | $1.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $6,705.73 | $6,705.73 | $6,705.73 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Il Dept Of Healthcare | 5800-000 | $57,013.00 | NA | NA | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $57,013.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Real Time Resolutions, Inc./ Chase Home Finance | 7100-000 | $27,537.00 | $31,128.56 | $31,128.56 | $619.96 |
| 2 | PHARIA L.L.C./ BARCLAYS | 7100-900 | $2,399.00 | $2,399.00 | $2,399.00 | $47.78 |
| 3 | Capital One Bank (USA), N.A. | 7100-900 | $4,791.00 | $4,900.34 | $4,900.34 | $97.60 |
| 4 | Chase Bank USA,N.A | 7100-900 | $131.30 | $1,165.97 | $1,165.97 | $23.22 |
| 5 | Ford Motor Credit Company LLC | 7100-000 | $20,606.00 | $9,871.76 | $9,871.76 | $196.61 |
| 6 | PRA Receivables Management, LLC c/o Holy Cross Hospital | 7100-000 | $457.00 | $457.00 | $457.00 | $9.10 |
|  | 12 Oaks at Morningside Condo | 7100-000 | $5,590.96 | NA | NA | $0.00 |
|  | Ais Services Llc | 7100-000 | $448.00 | NA | NA | $0.00 |
|  | Arlington Rehab & Living Center | 7100-000 | $1,547.67 | NA | NA | $0.00 |
|  | Comcast | 7100-000 | $235.00 | NA | NA | $0.00 |
|  | ComEd | 7100-000 | $486.23 | NA | NA | $0.00 |
|  | Crd Prt Asso | 7100-000 | $235.00 | NA | NA | $0.00 |
|  | Dell Business Credit | 7100-000 | $369.30 | NA | NA | $0.00 |
|  | Edgerton & Edgerton | 7100-000 | $2,000.00 | NA | NA | $0.00 |
|  | Elan Financial Service | 7100-000 | $9,699.61 | NA | NA | $0.00 |
|  | GE Capital | 7100-000 | $3,500.00 | NA | NA | $0.00 |
|  | Harris | 7100-000 | $3,245.00 | NA | NA | $0.00 |
|  | Hoffman Barrington Internal Medicine | 7100-000 | $255.00 | NA | NA | $0.00 |
|  | Kohls/chase | 7100-000 | $1,165.00 | NA | NA | $0.00 |
|  | Merchants Cr | 7100-000 | $215.00 | NA | NA | $0.00 |
|  | Nicor Gas | 7100-000 | $29.00 | NA | NA | $0.00 |
|  | Northwest Eye Physicians | 7100-000 | $180.00 | NA | NA | $0.00 |
|  | Paypal | 7100-000 | $700.00 | NA | NA | $0.00 |
|  | Torres Credit Srv | 7100-000 | $486.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $86,308.07 | $49,922.63 | $49,922.63 | $994.27 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No.: | 10-14771-CAD | |
| Case Name: | OLSON, STUART B. | |
| For the Period Ending: | 5/8/2013 | |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Date Filed (f) or Converted (c): | 04/02/2010 (f) |
| §341(a) Meeting Date: | 05/11/2010 |
| Claims Bar Date: | 10/25/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 1800 Huntington Blvd, Hoffman Estates, IL  Condo - In Foreclosure  Value Per Cook County Assessor | $91,030.00 | $0.00 | | $0.00 | FA |
| 2 | Cash in Wallet | $50.00 | $0.00 | | $0.00 | FA |
| 3 | Bank of America Savings Account | $7,500.00 | $7,700.00 | | $7,700.00 | FA |
| 4 | Couch | $250.00 | $250.00 | | $0.00 | FA |
| 5 | Arm Chair | $250.00 | $250.00 | | $0.00 | FA |
| 6 | Bedroom Set | $450.00 | $450.00 | | $0.00 | FA |
| 7 | Miscellaneous Household Furniture & Goods | $350.00 | $350.00 | | $0.00 | FA |
| 8 | Kitchenware | $50.00 | $50.00 | | $0.00 | FA |
| 9 | Men's Wardrobe | $400.00 | $0.00 | | $0.00 | FA |
| 10 | Computer | $400.00 | $0.00 | | $0.00 | FA |
| 11 | Cellular Phone | $25.00 | $0.00 | | $0.00 | FA |
| 12 | 2007 Ford Escape Hybrid Approx 75,000 Miles Value Per KBB.com | $13,995.00 | $0.00 | | $0.00 | FA |
| 13 | Bank of America Checking Account | $50.00 | $50.00 | | $0.00 | FA |

TOTALS (Excluding unknown value)                    Gross Value of Remaining Assets

| $114,800.00 | $9,100.00 | | $7,700.00 | $0.00 |
|---|---|---|---|---|

**Major Activities affecting case closing:**

left message for attorney regarding resetting meeting date and also regarding funds in checking account

Debtor did now appear at 341 meeting, must reschedule - email sent to Debtor's attorney.

Debtor also has unexempted funds in checking account

Debtor to pay Trustee the for the following - Order entered on 6/23/2011

(1) the non-exempt portion of the Savings Account, in the amount of $3,550.00; and (2) the non-exempt portion of the Checking Account in the amount of $1,633.67.

Review Claims and Prepare TFR

TDR to be prepared.

Prepare TDR

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2011 | /s/ DAVID LEIBOWITZ |
| Current Projected Date Of Final Report (TFR): | 02/09/2012 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-14771-CAD | | Trustee Name: | David Leibowitz |
| Case Name: | OLSON, STUART B. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9555 | | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 4/2/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/8/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/16/2011 | (3) | Stuart B. Olson | Payment RE funds on checking account | 1129-000 | $600.00 | | $600.00 |
| 09/29/2011 | (3) | Stuart Olson | Payment RE funds on checking account | 1129-000 | $600.00 | | $1,200.00 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.53 | $1,199.47 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.81 | $1,197.66 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.87 | $1,195.79 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,193.87 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,191.95 |
| 02/21/2012 | (3) | Tracy Legal Group, Ltd. dba The Tracy Firm Ltd | Payment RE funds in checking account | 1129-000 | $4,000.00 | | $5,191.95 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.04 | $5,188.91 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.64 | $5,180.27 |
| 04/18/2012 | (3) | Tracy Legal Group, LTD d/b/a The Tracy Firm, Ltd. | | 1129-000 | $1,300.00 | | $6,480.27 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $8.56 | $6,471.71 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $10.44 | $6,461.27 |
| 06/04/2012 | (3) | Tracy Legal Group, Ltd. | Payment. | 1129-000 | $1,200.00 | | $7,661.27 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $12.05 | $7,649.22 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $11.94 | $7,637.28 |
| 01/28/2013 | 1001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,520.00 | $6,117.28 |
| 01/28/2013 | 1002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.42 | $6,112.86 |
| 01/28/2013 | 1003 | Lakelaw | Claim #: ; Amount Claimed: 5,117.50; Amount Allowed: 5,117.50; Distribution Dividend: 100.00; | 3110-000 | | $5,117.50 | $995.36 |
| 01/28/2013 | 1004 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.09 | $994.27 |
| | | | Claim Amount      $(1.09) | 3120-000 | | | $994.27 |
| 01/28/2013 | 1005 | Ford Motor Credit Company LLC | Claim #: 5; Amount Claimed: 9,871.76; Amount Allowed: 9,871.76; Distribution Dividend: 1.99; | 7100-000 | | $196.61 | $797.66 |
| 01/28/2013 | 1006 | PRA Receivables Management, LLC c/o | Claim #: 6; Amount Claimed: 457.00; Amount Allowed: 457.00; Distribution Dividend: 1.99; | 7100-000 | | $9.10 | $788.56 |
| 01/28/2013 | 1007 | Real Time Resolutions, Inc./ Chase Home Finance | Claim #: 1; Amount Claimed: 31,128.56; Amount Allowed: 31,128.56; Distribution Dividend: 1.99; | 7100-000 | | $619.96 | $168.60 |
| 01/28/2013 | 1008 | PHARIA L.L.C./ BARCLAYS | Claim #: 2; Amount Claimed: 2,399.00; Amount Allowed: 2,399.00; Distribution Dividend: 1.99; | 7100-900 | | $47.78 | $120.82 |
| 01/28/2013 | 1009 | Capital One Bank (USA), N.A. | Claim #: 3; Amount Claimed: 4,900.34; Amount Allowed: 4,900.34; Distribution Dividend: 1.99; | 7100-900 | | $97.60 | $23.22 |
| 01/28/2013 | 1010 | Chase Bank USA,N.A | Claim #: 4; Amount Claimed: 1,165.97; Amount Allowed: 1,165.97; Distribution Dividend: 1.99; | 7100-900 | | $23.22 | $0.00 |
| | | | **SUBTOTALS** | | $7,700.00 | $7,700.00 | |

FORM 2

Case 10-14771   Doc 58   Filed 05/08/13   Entered 05/08/13 10:31:33   Desc Main

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 8 of 9

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 10-14771-CAD | | | **Trustee Name:** | | David Leibowitz | |
| **Case Name:** | OLSON, STUART B. | | | **Bank Name:** | | Green Bank | |
| **Primary Taxpayer ID #:** | ******9555 | | | **Checking Acct #:** | | ******7101 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | | |
| **For Period Beginning:** | 4/2/2010 | | | **Blanket bond (per case limit):** | | $5,000,000.00 | |
| **For Period Ending:** | 5/8/2013 | | | **Separate bond (if applicable):** | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 01/31/2013 | 1004 | VOID: Clerk, US Bankruptcy Court | | * | | ($1.09) | $1.09 |
| | | | Claim Amount               $1.09 | 3120-003 | | | $1.09 |
| 01/31/2013 | 1011 | Lakelaw | Attorney's Expense reimbursement. | 3120-000 | | $1.09 | $0.00 |
| | | | **TOTALS:** | | $7,700.00 | $7,700.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $7,700.00 | $7,700.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $7,700.00 | $7,700.00 | |

| For the period of 4/2/2010 to 5/8/2013 | | For the entire history of the account between 09/16/2011 to 5/8/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $7,700.00 | Total Compensable Receipts: | $7,700.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,700.00 | Total Comp/Non Comp Receipts: | $7,700.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,700.00 | Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,700.00 | Total Comp/Non Comp Disbursements: | $7,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No. | 10-14771-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | OLSON, STUART B. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9555 | Checking Acct #: | ******7101 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/2/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/8/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $7,700.00 | $7,700.00 | $0.00 |

| **For the period of 4/2/2010 to 5/8/2013** | | **For the entire history of the case between 04/02/2010 to 5/8/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $7,700.00 | Total Compensable Receipts: | $7,700.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $7,700.00 | Total Comp/Non Comp Receipts: | $7,700.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $7,700.00 | Total Compensable Disbursements: | $7,700.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $7,700.00 | Total Comp/Non Comp Disbursements: | $7,700.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ